**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JASON HENRY DURAN                                                                PLAINTIFF
#31526

v.                                          3:22CV00329-BRW-JTK

CAMERON HUGHS, et al.                                                       DEFENDANTS

## ORDER

Jason Henry Duran ("Plaintiff") is in custody at the Greene County Detention Center.   He
filed a Motion for Order asking for assistance in connection with his in forma pauperis paperwork.
(Doc. No. 4).   Plaintiff says he "sent multiple request(s) for Greene County Detention Center
officials to sign the certificate of inmate trust account and calculation sheet," to no avail.
Plaintiff's Motion (Doc. No. 4) is GRANTED.   The Court will seeks the assistance of the
Administrator of the Greene County Detention Center in this matter.

IT IS, THEREFORE, ORDERED that

1.        Plaintiff must submit either the $402 statutory filing fee or a completed in forma
pauperis application, with the required calculation sheet **signed by an authorized official of the**
**incarcerating facility**, within thirty (30) days of the entry date of this Order.[1]

2.        The Clerk of the Court is directed send to Plaintiff an in forma pauperis application,
including certificate and calculation sheet.

---

[1] Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court,
including Rule 5.5(c)(2), which provides, in part: "If any communication from the Court to a pro se
plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.   Any
party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil
Procedure."

3.      The Clerk of the Court is further directed to send a copy of this Order to the

Administrator of the Greene County Detention Center, 1809 North Rockingchair Road, Paragould,

Arkansas 72450.

Dated this 25th day of January, 2023.

 

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE