IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON HENRY DURAN                                                                             PLAINTIFF
#31526

VS.                              3:22-CV-00329-BRW-JTK

CAMERON HUGHS, et al.                                                                      DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. This action is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. I recommend[1] that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).[2]

---

[1] The number of strikes a plaintiff has accrued may be determined only by looking backwards to past dismissals; 28 U.S.C. § 1915(g) leaves the effective decision to the later tribunal. Gonzalez v. United States, 23 F. 4th 788, 789-91 (8th Cir. 2022).

[2] Title 28 U.S.C. § 1915(g) provides as follows:   "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

2

      3.      I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

      DATED this 20th day of March, 2023.

                                                               <u>     BILLY ROY WILSON          </u>
                                                              UNITED STATES DISTRICT JUDGE