IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON HENRY DURAN**  **PLAINTIFF**
**#31526**

VS.  **3:22-CV-00329-BRW-JTK**

**CAMERON HUGHS, et al.**  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of March, 2023.

                                              BILLY ROY WILSON
                                UNITED STATES DISTRICT JUDGE